AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beckwith, Sandra S. | U.S. District Court, Southern District of Ohio | 07/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

810 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 07/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed Antique Business |
| 2. | 2012 | Retired - Pensions |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 07/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 3. Microsoft Corp. Common Stock | A | Dividend | | | Sold | 12/20/12 | K | E | |
| 4. Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 5. Schlumberger Ltd. Common Stock | A | Dividend | K | T | Sold (part) | 01/17/12 | J | D | |
| 6. First American Gov't. Obligation Fund CL Y | A | Interest | J | T | | | | | See Note in Part VIII |
| 7. Int'l. Business Machines Corp. Common Stock | A | Dividend | L | T | | | | | |
| 8. Medtronic Inc. 3.000% 03/15/15 | C | Interest | M | T | | | | | |
| 9. Coca Cola Company Common Stock | A | Dividend | K | T | | 08/13/12 | | | See Note in Part VIII |
| 10. Royal Dutch Shell ADR Common Stock | A | Dividend | | | Sold | 03/09/12 | K | B | |
| 11. Companhia de Bebidas Prad R Common Stock | A | Dividend | K | T | Sold (part) | 09/26/12 | J | B | |
| 12. Cincinnati Police Credit Union | A | Interest | J | T | | | | | |
| 13. U. S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 14. First American Gov't. Obligation Fund CL Y | A | Interest | L | T | | | | | See Note in Part VIII |
| 15. I Shares MSCI Brazil Indev. Common Stock | A | Dividend | K | T | | | | | |
| 16. I Shares FTSE/Xinhua China 25 Index FD Common Stock | A | Dividend | K | T | | | | | |
| 17. Yum Brands Inc. Common Stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares S&P Glbl Energy Sect. Common Stock | A | Dividend | K | T | | | | | |
| 19. 3M Co. Common Stock | A | Dividend | L | T | | | | | |
| 20. Touchstone UL Shrtdur Fixing Fd-2 Common Stock | B | Dividend | | | Sold | 11/27/12 | L | | See Note in Part VIII |
| 21. Novartis Capital 2.900% 4/24/15 | C | Interest | M | T | | | | | |
| 22. Burlington North 7.000% 2/1/14 | D | Interest | M | T | | | | | |
| 23. Pfizer 5.350% 3/15/15 | D | Interest | M | T | | | | | |
| 24. Touchstone High Yield Fd A Common Stock | D | Dividend | L | T | | | | | See Note in Part VIII |
| 25. Entergy Corp. Common Stock | A | Dividend | | | Sold | 04/13/12 | K | | See Note in Part VIII |
| 26. Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 27. EMC Corp. Common Stock | | None | | | Sold | 01/03/12 | K | | See Note in Part VIII |
| 28. Cummins Inc. Common Stock | A | Dividend | K | T | | | | | |
| 29. Deere & Co. Common Stock | A | Dividend | K | T | | | | | |
| 30. Novartis Ag ADR Common Stock | B | Dividend | K | T | Buy | 02/23/12 | J | | |
| 31. American Water Works Co. Common Stock | B | Dividend | K | T | Buy | 09/26/12 | J | | |
| 32. Nestle SA Sponsored ADR Common Stock | B | Dividend | L | T | | | | | |
| 33. Alliance Data Systems Corp. Common Stock | | None | K | T | Buy | 02/23/12 | K | | See Note in Part VIII |
| 34. Coca Cola Company Common Stock | A | Dividend | J | T | Buy | 02/23/12 | J | | See Note in Part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. I Shares SP India Nifty 50 I Common Stock | | | | | Buy | 02/23/12 | K | | See Note in Part VIII |
| 36. I Shares SP India Nifty 50 I Common Stock | A | Dividend | K | T | Buy | 09/26/12 | J | | See Note in Part VIII |
| 37. Union Pacific Corp. Common Stock | | None | J | T | Buy | 11/29/12 | J | | See Note in Part VIII |
| 38. Volkswagen AG Sponsored ADR Common Stock | | None | K | T | Buy | 11/29/12 | K | | See Note in Part VIII |
| 39. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 40. Nextera Energy Inc. Common Stock | A | Dividend | K | T | | | | | |
| 41. First American Gov't. Obligation Fund CL Y | A | Interest | J | T | | | | | See Note in Part VIII |
| 42. Apple Computer Inc. Common Stock | A | Dividend | L | T | | | | | |
| 43. Celgene Corp. Common Stock | | None | K | T | | | | | |
| 44. Starbucks Common Stock | A | Dividend | K | T | Sold (part) | 08/03/12 | K | D | |
| 45. McDonald's Corp. Common Stock | B | Dividend | L | T | | | | | |
| 46. Virginia Elec. & Pwr. 5.250% 12/15/15 | C | Interest | L | T | | | | | |
| 47. Touchstone High Yield Fd A Mutual Fund | D | Dividend | M | T | | | | | See Note in Part VIII |
| 48. Coca Cola Company Common Stock | A | Dividend | J | T | | 08/13/12 | | | See Note in Part VIII |
| 49. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 50. Novartis Ag ADR Common Stock | A | Dividend | K | T | | | | | |
| 51. Union Pacific Corp. Common Stock | | None | K | T | Buy | 09/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Google Inc. CL A Common Stock | | None | K | T | Buy | 09/26/12 | K | | |
| 53. Fifth Third Bank Savings | A | Interest | K | T | | | | | |
| 54. Fifth Third Bank Checking | A | Interest | K | T | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 07/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 1, 13 & 39 are account headers.

Items 2 through 12 are the U.S. Bank Portfolio.

Items 14 through 38 are U.S. Bank IRA I.

Items 40 through 52 are U.S. Bank IRA III.

Items 20, 25 & 27 were sold at losses.

Items 35 & 36 all income is reported on line 36.

Items 33, 37 & 38 produced no income in 2012.

Items 6, 14 & 41 are cash holding vehicles for their respective accounts.

Items 9, 34 & 48 Coca Cola stock split 2 for 1 on 8/13/12, no gain or loss.

Items 24 & 47 name changed to Touchstone High Yield Fund on 9/18/12 - will be reported under the new name for 2013.

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 07/29/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Beckwith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544